IN THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MARK A. SWANK and | ) | |
| SUSAN M. SWANK, | ) | Case No: 10-81602 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| MORTON COMMUNITY BANK., | ) | |
| an Illinois banking corporation, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARK A. SWANK and | ) | |
| SUSAN M. SWANK, | ) | |
| | ) | |
| Respondents. | ) | |

***MOTION FOR TERMINATION OF THE***
***AUTOMATIC STAY OF 11 USCS §362***

MORTON COMMUNITY BANK, an Illinois banking corporation, by and through its attorneys, BENCKENDORF & BENCKENDORF, P.C., requests that after notice and a hearing, this Court enter an Order modifying the automatic stay of creditor action as provided by 11 USCS §362 and Bankruptcy Rule 4001, and in support of its Motion states as follows:

1. On May 17, 2010, MARK A. SWANK and SUSAN M. SWANK, Debtors, initiated a voluntary petition under Chapter 7 of the Bankruptcy Code.

2. Movant is the payee of a Note executed by the Debtors on December 15, 2006, in the principal amount of $249,600.00 (hereinafter "Note"), a copy of which is attached hereto as Exhibit A.

3. The Note is secured by a Mortgage executed by the Debtors on December 15, 2006, recorded in the office of the Tazewell County Recorder as Document No. 200600028725 (hereafter "Mortgage"), through which Movant maintains a security interest in the property commonly known as 218 Legion Road, Washington, Illinois, and legally described as follows:

Lot 1 in Meadow Valley Farms Subdivision Section 1, being a part of the West
Half of Section 21, Township 26 North, Range 3 West of the Third Principal

      Meridian, as shown on plat recorded in Plat Book "JJ", page 40, situated in Tazewell County, Illinois;

      P.I.N.:    02-02-21-300-011.

A copy of the Mortgage is attached hereto as Exhibit B.

      4.    With respect to the Note and Mortgage, the following amounts are due and owing as of August 16, 2010:

      Unpaid principal balance: .................................$239,175.15
      Accrued interest: ..................................................$4,506.63
      Late charges: ..........................................................$157.76
      Attorney fees:.......................................................$1,295.10

      5.    Debtors last made a payment on the Note on May 17, 2010, and are currently in arrears in the amount of $5,250.68.

      6.    Movant is not receiving adequate protection due to Debtors' failure to make current monthly payments.

      7.    Relief from the automatic stay is necessary to prevent irreparable damage to Movant.

      8.    Movant has incurred attorney fees in bringing this Motion and is entitled to reimbursement for these fees pursuant to its contract, which fees shall be pursued within the foreclosure proceeding.

      WHEREFORE, Movant prays for judgment as follows:

      A.    For an Order granting relief from the Automatic Stay, permitting Movant to proceed with foreclosure proceedings;

      B.    For an Order waiving Federal Bankruptcy Rule 4001(a)(3); and

      C.    For such other relief as this Court deems appropriate.

                MORTON COMMUNITY BANK,
                An Illinois banking corporation,
                Movant,

By:   /s/ Lynne M. Binkele
      LYNNE M. BINKELE
      One of its Attorneys
      ARDC No. 6242529

Benckendorf & Benckendorf, P.C.
101 NE Randolph Avenue
Peoria, Illinois 61606
Tel.: (309) 673-0797
Fax: (309) 673-8759
MCB-Swank 1005

IN THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| MARK A. SWANK and | ) | |
| SUSAN M. SWANK, | ) | Case No: 10-81602 |
| | ) | |
| Debtors. | ) | |
| | ) | |
| | ) | |
| MORTON COMMUNITY BANK., | ) | |
| an Illinois banking corporation, | ) | |
| | ) | |
| Movant, | ) | |
| v. | ) | |
| | ) | |
| MARK A. SWANK and | ) | |
| SUSAN M. SWANK, | ) | |
| | ) | |
| Respondents. | ) | |

CERTIFICATE OF MAILING

The undersigned certifies that this electronic document was served either electronically through the Court's electronic mailing system pursuant to the notice generated by the Court, or if not sent electronically then by either hand-delivering or depositing a printed copy into the United States mail in Peoria, Illinois, on August 19, 2010, with postage prepaid at the address listed on the creditor matrix, upon the following parties:

TO:   Charles E. Covey, Trustee            U.S. Trustee
      416 Main, Suite 700                  401 Main Street
      Peoria, Illinois 61602               Peoria, Illinois 61602

      Misty Wilson, Esq.                   Mark A. Swank
      414 Hamilton Blvd #100               Susan A. Swank
      Peoria, Illinois 61602               218 Legion Road
                                           Washington, IL 61571

                                           /s/ Lynne M. Binkele
                                           LYNNE M. BINKELE

Benckendorf & Benckendorf, P.C.
101 NE Randolph Avenue
Peoria, Illinois 61606
Tel.: (309) 673-0797
Fax: (309) 673-8759
MCB-Swank 1005