

July 21, 2010

Mr. Mark Swank
218 Legion Road
Washington, IL 61571

Dear Mr. Swank:

This letter is to notify you that effective July 9, 2010, you are suspended without pay from your employment at SARS Corporation and its subsidiaries, FasTech Services, Inc., and T.A. Brinkoetter & Sons, Inc., and their affiliates (collectively referred to as "SARS" or the "Company"), pending review of the circumstances as they relate to your July 9, 2010, amended filing with the United States Bankruptcy Court, Central District of Illinois, Case 10-81602, in which you state that you have been holding at your personal residence, without corporate authorization and without prior notification to the Company, $92,200.00 in cash belonging to FasTech.

This was clearly a violation of your fiduciary duties and duty of loyalty as a former director and officer of SARS, and a violation of your current obligations of honesty and good faith as an employee of the Company. In accordance with the suspension and with your employment agreements between you and the Company (collectively, the "Employment Agreement"), until this matter is resolved to the satisfaction of the Company, you are, going forward, prohibited from communicating with any employees, consultants, advisors, customers (including potential customers), representatives or investors, or to communicate information about SARS, to any third-party unless such information is already publicly available or otherwise legally required by force of law.

In the interest in resolving this matter, the Company requires your explanation as to (i) how and when the $92,200.00 in cash belonging to FasTech came into your possession, (ii) why you took possession of the $92,200.00, and (iii) why you did not previously disclose this information to the Company.

Additionally, until this matter is resolved, the Company requires that you cease all activities that you have undertaken with respect to the Company and that you immediately return all property of the Company that you currently have in your possession. Additionally, should any property seized under the Internal Revenue Service Search Warrant of July 7, 2010, issued by the United States



**Privileged and Confidential**

District Court in the Central District of Illinois (the "Search Warrant"), be returned to your possession including, but not limited to, FasTech's $92,200.00 in cash, you are immediately required to contact SARS to coordinate the return of such property.

SARS requests (i) your detailed response to the questions set forth above and (ii) return of Company property currently in your possession and (iii) a detailed list setting forth all Company items or property seized under the Search Warrant, no later than Tuesday, July 27, 2010 at 5:00 pm, Central Daylight Time.

Please contact me should you have any questions regarding the aforementioned.

Sincerely,

By: Frank Bonadio
Its: Chief Executive Officer

By: Phillip S. Heinz
Its: Chief Financial Officer