**IT IS SO ORDERED.**

**SIGNED THIS: October 01, 2010**

_____
**THOMAS L. PERKINS**
**UNITED STATES CHIEF BANKRUPTCY JUDGE**

_____

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| SWANK, Mark A. | ) | Bankruptcy Case No. 10-81602 |
| SWANK, Susan M., | ) | (Chapter 7) |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| NANCY J. GARGULA, | ) | |
| UNITED STATES TRUSTEE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary Case No. 10-08104 |
| | ) | |
| MARK A. SWANK, and | ) | |
| SUSAN M. SWANK, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

AGREED ORDER
DENYING DISCHARGES OF
MARK A. SWANK AND SUSAN M. SWANK

NANCY J. GARGULA, the United States Trustee for Region 10, filed an Adversary Complaint to Deny Discharge pursuant to 11 U.S.C. § 727 against MARK A. SWANK and SUSAN M. SWANK, Adversary Case No. 10-08104, on August 31, 2010. Defendants/Debtors, MARK A. SWANK and SUSAN M. SWANK, represented by attorney Misty L. Wilson, and United States Trustee NANCY J. GARGULA, represented by attorney Sabrina M. Petesch, agree to settle this Adversary Complaint by the entry of this Agreed Order Denying Discharges as is evidenced by their signatures below.

**IT IS THEREFORE ORDERED,** that the discharges of MARK A. SWANK and SUSAN M. SWANK are **DENIED**.

**APPROVED AS TO FORM AND CONTENT:**

/s/ Mark A. Swank
MARK A. SWANK, Debtor

/s/ Sabrina M. Petesch
NANCY J. GARGULA, U.S. Trustee
By: Sabrina M. Petesch
Attorney for U.S. Trustee

/s/ Susan M. Swank
SUSAN M. SWANK, Debtor

/s/ Misty L. Wilson
Misty L. Wilson,
Attorney for Debtors

###