Form oaltrfee

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
216 Federal Building
100 N.E. Monroe St.
Peoria, IL 61602–1003

**In Re:**  Mark A Swank and Susan M Swank
    ***Debtor***

**Case No.:**  10–81602                    **Chapter:**  7

## *ORDER ALLOCATING TRUSTEE FEE*

The following have served as Trustees in the above entitled case and will share equally in the trustee fee collected:

Richard Barber
Mariann Pogge

*Entered:* 9/22/11

　　/S/   Thomas L. Perkins
United States Bankruptcy Judge

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.