IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| IN RE: | ) |
| MARK A. SWANK and | ) BANKRUPTCY |
| SUSAN M. SWANK, | ) No. 10-81602 |
| | ) |
|     Debtors. | ) |

**TRUSTEE'S NOTICE OF INTENT TO ABANDON**

    MARIANN POGGE, Trustee in the above-entitled cause, hereby gives notice of intent to abandon the following property:

    Real estate at 218 Legion Road, Washington, Illinois and 2000 Ford Explorer.

    Your rights may be affected. If you do not have any attorney, you may wish to consult one. If no objections are filed by the objections deadline, the above described property will be deemed abandoned.


Date: October 5, 2011

    /s/ Mariann Pogge
    Trustee
    3300 Hedley Road
    Springfield, Illinois 62711
    (217) 793-7412


Go to www.ilcb.uscourts.gov for information regarding this court's mandatory electronic filing policy.